UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANGEL LEWIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 11-01999 (RMC) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion to Partially Dismiss Amended Complaint [Dkt. 4] is **GRANTED in part** and **DENIED in part**; and it is

**FURTHER ORDERED** that Defendant's motion to dismiss the negative evaluation as a retaliatory action in Count I is **GRANTED** and the allegation is dismissed without prejudice; and it is

**FURTHER ORDERED** that Defendant's motion to dismiss Count II is **GRANTED** as conceded and Count II is dismissed with prejudice; and it is

**FURTHER ORDERED** that Defendant's motion to dismiss the alleged falsification of time sheets and failure to file timely workers' compensation documents as retaliatory acts under Title VII is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiff may file a second amended complaint no later than September 17, 2012, should she choose to do so.  Failure to file a timely amended complaint may result in waiver of potential claims addressed in this memorandum.

**SO ORDERED**.

Date:  August 17, 2012                                            /s/
                                                        ROSEMARY M. COLLYER
                                                        United States District Judge